MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408) 535-5066
E-mail: John.Glang@usdoj.gov



Filed
MAR 3 1 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN THE MATTER OF:

THE EXTRADITION OF
SAMIR AZIZI

CR 14-Misc.-90282 MISC PSG

COMPLAINT FOR PROVISIONAL
ARREST WITH A VIEW TOWARDS
EXTRADITION (18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I act for and on behalf of the Government of Germany ("requesting state");

There is an extradition treaty in force between the United States and Germany. The provisional arrest for the purpose of extradition is covered by Article 16 of the Extradition Treaty between Germany and the United States in its version of the Supplementary Extradition Treaty from October 21, 1986 and the 2006 U.S.- Germany Extradition Second Supplementary Treaty. The charges against Azizi are extraditable under Article 2 of the Extradition Treaty between Germany and the United States in its version of the Supplementary Extradition Treaty from October 21, 1986.

In accordance with Article 16 of the extradition treaty, the Government of Germany has asked the United States through diplomatic channels for the provisional arrest of SAMIR AZIZI with a view towards his extradition;

2. According to information provided by the requesting state in the form authorized by the extradition

COMPLAINT FOR PROVISIONAL ARREST WARRANT
CR 14-XXXXX-DLJ

treaty, AZIZI is charged in Germany with the crimes of (1) providing German tax authorities incorrect or incomplete statements about tax-relevant facts and (2) failing to inform German tax authorities about tax-relevant facts, acting contrary to duty, in violation of (12 counts), all in violation of Section 370 of the Fiscal Code of Germany.

An arrest warrant for Samir Azizi was issued by the Local Court [Amtsgericht] in Koeln (Cologne), Germany on January 9, 2014, file no. 502 Gs 4451/13- 113 Js 280/10 StA Koeln, signed by Judge Nagel, Judge at the Local Court, for tax evasion on a large scale and as a member of a group.

Samir Azizi is a German citizen who was born in Afghanistan. His date of birth is June 8, 1989. Azizi landed at San Francisco International Airport on a flight from Dubai on March 31, 2013.

3. the treaty provides in article 16 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents;

4. in accordance with article 16 of the treaty, the Government of Germany has asked the United States for the provisional arrest of Samir Azizi with a view towards his extradition;

5. according to the information provided by the requesting state, Samir Azizi was charged with jointly committed tax evasion in a particularly serious case, in violation of Section 370 subsection 1 no. 1 and no. 2, subsection 3 sentence 2 no. 1 and no. 5 of the Fiscal Code in connection with section 18 of the Turnover Tax Act, 22, 23, 25 subsection 2, 53 of the Penal Code sections 1, 105 ff of the Juvenile Justice Act committed within the jurisdiction of Germany and a warrant for his arrest was issued on January 9, 2014, by Local Court of Cologne, at Cologne, Germany ;

6. the warrant was issued on the basis of the following facts:

During the period ranging from April 30, 2008 until April 10, 2012, Samir Azizi ("Azizi") and inter alia, the co-defendants Inayat Patel, Asif Seth, Habib Soori, Hamit Soori and Hamed Soori formed a gang for the purpose of establishing a VAT carousel fraud scheme by means of companies systematically connected in a series and apparently trading in, primarily, mobile telephones, game consoles, copper cathodes and emission permits in order to evade VAT taxes on a systematic basis. While Azizi recruited others as official managing directors of the companies used with the framework of

COMPLAINT FOR PROVISIONAL ARREST WARRANT
CR 14-XXXXX-DLJ

the VAT carousel fraud and involved in the artificial supply chain, he himself was always active as a de-facto manager. As such, he was obligated to submit annual VAT declarations and advance turnover tax returns to the appropriate tax offices under sections 34, 35, 149, 150 of the Fiscal Code in connection with section 18 of the Turnover Tax Code. However, acting in accordance with the gang member's joint plan and agreement, he did not comply with this agreement.

He gave tax authorities incorrect or incomplete statements about tax-relevant facts (77 counts) and failed to inform tax authorities about tax-relevant facts, acting contrary to duty (12 counts). Thus, tax authorities could not determine the VAT or determined VAT assessments that were too low. In this way, Azizi was able to obtain unlawful tax refunds. In some cases, the payment of refunds depended on approval by the appropriate tax office and were not finally approved though the application for refund was made.

The offenses committed by Azizi were committed through eleven companies:

**1. Company WOG GmbH (Count 1-9)**

By using his sister, the separately prosecuted Hosai Azizi, as official managing director, the accused Samir Azizi operated the company WOC GmbH located in Cologne as de facto manager and issued invoices with separately stated value-added tax for trading with mobile phones. By deliberately failing to declare turnover in two counts and falsely claiming VAT refunds in the other counts he is responsible for the following evaded tax amounts by the company WOG GmbH:

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 1 | Year 2007 | failure to submit | 01.06.2009 | 148,214.00 |
| 2 | February 2008 | false information | 30.04.2008 | 42,906.00 |
| 3 | March 2008 | false information | 13.05.2008 | 58,329.00 |
| 4 | April 2008 | false information | 03.06.2008 | 76,559.00 |
| 5 | May 2008 | false information | 09.07.2008 | 50,375.00 |
| 6 | June 2008 | false | 11.08.2008 | 151,051.00 |

COMPLAINT FOR PROVISIONAL ARREST WARRANT
CR 14-XXXXX-DLJ

| | | information | | |
|---|---|---|---|---|
| 7 | July 2008 | false information | 10.09.2008 | 310.365,00 |
| 8 | August 2008 | failure to submit | 11.09.2008 | 400.862,00 |
| | | | total | 1.238.661,00 |

### 2. Company Ferrograph GmbH (Count 09-10)

By using the separately prosecuted Miguel Angel Miranda Pina (with residence in Hayward, California/ United States of America) as official managing director, the accused Samir Azizi operated the company Ferrograph GmbH located in Düsseldorf as de facto manager. This company was involved in the VAT carousel fraud which is the subject of these proceedings as so-called missing trader. The accused Samir Azizi issued invoices with separately stated value-added tax for the company which meant he was required to file correct annual VAT returns and preliminary VAT returns with the competent tax office in Cologne. Knowing about this obligation the accused Samir Azizi did not submit preliminary VAT returns and is thus responsible for the following evaded tax amounts.

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 9 | July 2009 | failure to submit | 11.08.2009 | 5.678,00 |
| 10 | August 2009 | failure to submit | 11.09.2009 | 193.746,00 |
| | | | total | 199.424,00 |

### 3. Company Wega Mobile GmbH (Count 11-20)

In cooperation with the separately prosecuted Mehmet Tunc, the official managing director, the accused Samir Azizi operated the company Wega Mobile GmbH located in Solingen which was involved in the VAT carousel fraud as so-called buffer. During the time of offence he falsely claimed input tax refunds out of purchase invoices from alleged suppliers, although he knew that no actual supplies had been made for these purchase invoices. By doing this he evaded the following VAT amounts.\

COMPLAINT FOR PROVISIONAL ARREST WARRANT
CR 14-XXXXX-DLJ

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 11 | December 2008 | false information | 25.03.2009 | 83.099,00 |
| 12 | January 2009 | false information | 19.03.2009 | 264.957,00 |
| 13 | February 2009 | false information | 14.04.2009 | 292.889,00 |
| 14 | March 2009 | false information | 11.05.2009 | 272.447,00 |
| 15 | April 2009 | false information | 12.05.2009 | 331.548,00 |
| 16 | May 2009 | false information | 26.06.2009 | 574.557,00 |
| 17 | June 2009 | false information - attempt | 10.07.2009 | 364.283,00 |
| 18 | July 2009 | false information - attempt | 11.09.2009 | 578.099,00 |
| 19 | August 2009 | false information - attempt | 08.10.2009 | 152.405,00 |
| 20 | September 2009 | false information - attempt | 19.11.2009 | 41.574,00 |
|  |  |  | total | 2.955.858,00 |

### 4. Company iTrading GmbH & Co KG (Count 21-26)

In conjunction with the accused's cousin Samir Azizi, he operated the company complex iTrading GmbH & Co KG, iCell GmbH & Co KG, as well as the joint complemantary entity iWorld GmbH, all having their headquarters in Düsseldorf. These companies had been founded to the sole purpose to serve as the „buffer" in the VAT fraud chain in the segment of mobile phone trade and also to be involved in the sector of trade with emission certificates. In accordance with the plan of action and in his function as the factual company manager of these companies, the defendant Samir Azizi made claims for the repayment of overpaid VAT concerning incoming invoices of alleged suppliers, although he knew the these invoices were not based on services. In doing so and concerning the company iTrading GmbH & Co KG, he caused the following tax liabilities amounting to:

COMPLAINT FOR PROVISIONAL ARREST WARRANT
CR 14-XXXXX-DLJ

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 21 | October 2009 | false information | 10.12.2009 | 117,623.00 |
| 22 | November 2009 | false information | 04.01.2010 | 46,719.00 |
| 23 | December 2009 | false information | 18.01.2010 | 11,650.00 |
| 24 | January 2010 | false information | 10.02.2010 | 6,751,860.00 |
| 25 | February 2010 | false information | 13.04.2010 | 1,671,633.00 |
| 26 | April 2010 | false information | 17.06.2010 | 2,309,537.00 |
| | | | total | 10,909,022.00 |

### 5. Company iCell GmbH & Co KG (Count 27-42)

As the factual company manager of the company iCell GmbH & Co KG and based on the joint plan of action, the defendant Samir Azizi wrongfully made claims for the repayment of overpaid VAT, this caused the following VAT reductions:

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 27 | October 2009 | false information | 19.11.2009 | 424.00 |
| 28 | November 2009 | false information - attempt | 10.12.2009 | 58,382.00 |
| 29 | December 2009 | false information - attempt | 11.01.2010 | 224,646.00 |
| 30 | January 2010 | false information | 10.02.2010 | 1,649,034.00 |
| 31 | February 2010 | false information - attempt | 10.03.2010 | 2,558,089.00 |
| 32 | March 2010 | false information | 12.04.2010 | 2,243,921.00 |
| 33 | April 2010 | false information | 17.06.2010 | 927,728.00 |
| 34 | May 2010 | false information - attempt | 17.06.2010 | 2,309,537.00 |

COMPLAINT FOR PROVISIONAL ARREST WARRANT
CR 14-XXXXX-DLJ

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 35 | June 2010 | false information - attempt | 12.07.2010 | 182.010,00 |
| 36 | July 2010 | false information - attempt | 10.08.2010 | 273.885,00 |
| 37 | August 2010 | false information - attempt | 09.09.2010 | 329.231,00 |
| 38 | September 2010 | false information - attempt | 11.10.2010 | 740.942,00 |
| 39 | October 2010 | false information - attempt | 10.11.2010 | 289.758,00 |
| 40 | November 2010 | false information - attempt | 10.12.2010 | 444.693,00 |
| 41 | December 2010 | false information - attempt | 10.01.2011 | 340.861,00 |
|  |  |  | total | 12.573.141,00 |

### 6. Company AS Handel GmbH (Count 42-45)

Together with the defendant Hamid Soori, the formal managing director, the defendant Samir Azizi operated the company AS Cellectric GmbH respectively — after changing the company's name — the company AS Handel GmbH, registered head office in Düsseldorf. In accordance with the plan of action, the defendant Samir Azizi as the factual company manager made claims for the repayment of overpaid VAT and caused the following VAT tax liabilities:

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 42 | I. quarter 2010 | failure to submit | 11.04.2010 | 3.335.383,00 |
| 43 | II. quarter 2010 | false information | 10.08.2010 | 2.026.001,00 |
| 44 | III. quarter 2010 | false information | 15.10.2010 | 1.499.792,00 |
| 45 | IV. quarter 2010 | false information | 10.02.2011 | 409.565,00 |

COMPLAINT FOR PROVISIONAL ARREST WARRANT
CR 14-XXXXX-DLJ

### 7. Company Nexo Chafka GmbH (Count 46-56)

Together with the also accused Yusuf Güles, the official managing director, and his brother, the also accused Selaiman Azizi, the accused Samir Azizi operated the company Nexo Chafka GmbH with registered office in Siegen as de facto managing director. In accordance with the criminal plan he used the company as so-called buffer in the VAT carousel fraud and falsely claimed input tax refund. By doing this, he evaded value-added tax to the amount of:

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 46 | January 2010 | false information | 01.03.2010 | 1.406.374,00 |
| 47 | February 2010 | false information | 12.04.2010 | 363.680,00 |
| 48 | March 2010 | false information | 10.05.2010 | 685.091,00 |
| 49 | April 2010 | failure to submit | 10.09.2010 | 667.510,00 |
| 50 | June 2010 | false information - attempt | 08.09.2010 | 32.650,00 |
| 51 | July 2010 | false information - attempt | 08.09.2010 | 549.142,00 |
| 52 | August 2010 | false information | 11.10.2010 | 330.303,00 |
| 53 | September 2010 | false information | 08.11.2010 | 536.169,00 |
| 54 | October 2010 | false information | 02.12.2010 | 67.033,00 |
| 55 | November 2010 | false information | 10.12.2010 | 395.883,00 |
| 56 | December 2010 | false information | 10.01.2011 | 226.611,00 |
|  |  |  | total | 5.260.446,00 |

### 8. Company Hamsterecke.de GmbH resp. Hamster Mobile GmbH (Count 57-66)

The accused Samir Azizi operated the company Hamsterecke.de GmbH as de facto manager while the also accused Fred Wenzek and Shiraz Jilani acted as official managers. On January 8, 2010 the name of the company was changed to Hamster Mobile GmbH. On July 7, 2010 the registered office of the company moved to Leibzig and the also accused Shiraz Jilani was dismissed as official managing director and Richard

Mintus was registered as new official managing director who was also dismissed on December 20, 2010 and replaced by the also accused Andreas Freiherr von Rössing.

Acting as de facto managing director and according to the criminal plan the accused Samir Azizi falsely claimed input tax refund amounts out of purchase invoices from alleged suppliers and thus evaded the following VAT amounts:

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 57 | September 2009 | false information - attempt | 09.11.2009 | 221.794,00 |
| 58 | October 2009 | false information | 11.11.2009 | 133.871,00 |
| 59 | November 2009 | false information - attempt | 19.01.2010 | 160.412,00 |
| 60 | December 2009 | false information - attempt | 19.01.2010 | 234.958,00 |
| 61 | January 2010 | false information | 10.03.2010 | 132.973,00 |
| 62 | February 2010 | false information - attempt | 26.05.2010 | 289.084,00 |
| 63 | March 2010 | false information | 26.05.2010 | 51.558,00 |
| 64 | August 2010 | false information | 11.09.2010 | 715.455,00 |
| 65 | September 2010 | false information | 11.10.2010 | 3.575.311,00 |
| 66 | October 2010 | false information | 11.11.2010 | 786.808,00 |
|  |  |  | total | 6.302.224,00 |

### 9. Company Amaan Enterprise GmbH, Mobiltronics GmbH (Count 67-82)

In cooperation with the also accused Inayat Patel and Nasir Afzal, the official managing directors, the accused Samir Azizi operated the company Amaan Enterprise GmbH which was renamed to Mobiltronics on March 28, 2011 and has its registered office in Frankfurt. Main business object of the company was trading with mobile phones and $CO_2$ emission certificates. In accordance with the

COMPLAINT FOR PROVISIONAL ARREST WARRANT
CR 14-XXXXX-DLJ

common criminal plan and acting as de facto managing director the accused Samir Azizi falsely claimed input tax refund out of purchase invoices from alleged suppliers thus evading the following amounts of value-added tax:

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 67 | April 2010 | false information | 09.11.2010 | 650.784,00 |
| 68 | May 2010 | false information | 09.11.2010 | 351.770,00 |
| 69 | June 2010 | false information - attempt | 09.11.2010 | 907.796,00 |
| 70 | July 2010 | false information - attempt | 09.11.2010 | 519.057,00 |
| 71 | August 2010 | false information | 09.11.2010 | 1.331.801,00 |
| 72 | September 2010 | false information - attempt | 09.11.2010 | 1.652.648,00 |
| 73 | October 2010 | false information - attempt | 09.12.2010 | 843.167,00 |
| 74 | November 2010 | false information | 27.01.2011 | 784.990,00 |
| 75 | December 2010 | false information | 07.02.2010 | 984.639,00 |
| 76 | January 2011 | false information | 10.03.2011 | 488.177,00 |
| 77 | February 2011 | false information - attempt | 10.03.2011 | 450.570,00 |
| 78 | March 2011 | false information - attempt | 11.04.2011 | 149.558,00 |
| 79 | April 2011 | false information | 10.05.2011 | 69.848,00 |
| 80 | May 2011 | false information | 09.06.2011 | 378.376,00 |
| 81 | June 2011 | false information | 08.07.2011 | 585.296,00 |
| 82 | July 20101 | false information | 10.08.2011 | 160.231,00 |
|  |  |  | total | 10.308.708,00 |

### 10. Company BAK Enterprise GmbH (Count 83-85)

As the factual company manager of the company BAK Enterprise GmbH based in Darmstadt, its formal company manager was the codefendant Ajitpal Sekhon, the defendant Samir Azizi also appeared under these personal data, Samir Azizi issued invoices stating VAT for the supply of mobile phones, emission certificates and copper cathodes. Contrary to his duty, he did not declare any turn over to the responsible tax office so that the tax authorities could not fix any VAT and the following tax reductions occurred:

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 83 | III. quarter 2011 | failure to submit | 11.10.2011 | 29.866,00 |
| 84 | IV. quarter 2011 | failure to submit | 11.01.2012 | 2.162.830,00 |
| 85 | I. quarter 2012 | failure to submit | 11.04.2012 | 1.372.858,00 |
|  |  |  | total | 3.565.554,00 |

### 11. Company My iCell GmbH (Count 86-89)

Together with the codefendant Marien Iancu, the formal company manager, the defendant Samir Azizi operated the firm My iCell GmbH based in Neuss. He integrated this company as a successor of the company iCell GmbH & Co KG at least since April 2011 in the area of invoicing of game consoles as so-called buffer in a closed trade chain. As the factual company manager the defendant Samir Azizi wrongfully made claims for the repayment of overpaid VAT concerning incoming invoices of alleged suppliers and reduced in the respective cases in the amount of:

| case | monthly / quartly year VAT return | committed offense | date of crime | damage in Euro |
|---|---|---|---|---|
| 86 | April 2011 | false information | 15.06.2011 | 38.340,00 |
| 87 | May 2011 | false information | 05.07.2011 | 231.948,00 |
| 88 | June 2011 | false information | 22.07.2011 | 228.598,00 |
| 89 | July 20101 | false information | 06.09.2011 | 21.703,00 |

|  |  |  | total | 520.589,00 |
|---|---|---|---|---|

Total damage: 61.104.368,00 Euro.

Within the scope of the investigation Samir Azizi has already made a statement with regard to the charges, initially through his defence lawyer (p. 1240 ff, 1467 ff). In the regard, Samir Azizi expressly concedes that in his capacity as the de facto managing director of WOC GmbH he is responsible for the tax liabilities incurred. In the further course of the investigation, Samir Azizi announced through his defence lawyer a comprehensive statement regarding all charges (annex, p. 1641 ff) and provided the investigator in charge, the witness Orths, with extensive information on the facts of the case in several telephone conversations (annex, p. 2795 ff). In agreement with Samir Azizi the witness Orths drew up a protocol based on the information provided (annex, p.1645). In the course of the telephone conversations with the witness Orths, Samir Azizi essentially conceded to the charges also with regard to the other companies under investigation (annex, p. 2796 ff, with regard to Wega Mobile GmbH see annex, p. 2801 ff, with regard to the companies iCell and iTrading see annex, p. 2804 ff, Nexo Chakfa and AS Handel see annex, p. 2808 ff).

The statements made so far by Samir Azizi are supported by the documents seized, which were seized within the scope of searches of the residential and business premises of the companies under investigation and their executives;

7. the offenses with which Samir Azizi is charged are provided for in article 2 of the extradition treaty cited above;

8. Samir Azizi may be found within the jurisdiction of this court at the San Francisco International Airport.

9. the requesting state has represented that it will submit a formal request for extradition, supported by the documents specified in the treaty, within the time required under the treaty;

Samir Azizi, date of birth June 6, 1989 is a German citizen born in Afghanistan. He is currently detained at San Francisco Internationl Airport pending the issuance of an arrest warrant.

COMPLAINT FOR PROVISIONAL ARREST WARRANT
CR 14-XXXXX-DLJ

WHEREFORE, the undersigned complainant requests that a warrant for the arrest of SAMIR AZIZI be issued in accordance with 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Germany and that, if on such hearing, the Court deems the evidence sufficient under the provisions of the treaty to sustain the charge for extradition, the Court certify the same to the Secretary of State in order that a warrant may be issued for the surrender of SAMIR AZIZI to the appropriate authorities of Germany according to the stipulations of the treaty; and for such other actions as the Court at the time may be required to take under the provisions of the treaty and the laws of the United States.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

JOHN N. GLANG
Assistant United States Attorney

Sworn to before me and subscribed in my presence this 31 day of March, 2014, at San Jose, California.

PAUL S. GREWAL
United States Magistrate Judge

COMPLAINT FOR PROVISIONAL ARREST WARRANT
CR 14-XXXXX-DLJ